UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

YONY SOSA, ON BEHALF OF HIMSELF AND
ALL OTHER PERSONS SIMILARLY SITUATED,

            Plaintiffs,

            v.

AMERICAN GOLD EXCHANGE, INC.,

            Defendant.

------------------------------------- x

No.: 1:20-cv-7086

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), YONY SOSA, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against the Defendant, AMERICAN GOLD EXCHANGE, INC., with prejudice and without fees and costs.

Dated: New York, New York
           December 30, 2020

**GOTTLIEB & ASSOCIATES**

*/s/Jeffrey M. Gottlieb, Esq.*

Jeffrey M. Gottlieb, Esq., (JG-7905)
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Jeffrey@Gottlieb.legal

*Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge